# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL EDELSTEIN,**<br>　　　　Plaintiff,<br>　　v.<br>SINGLE ROOM OCCUPANCY HOUSING CORPORATION,<br>　　　　Defendant. | Case No. LA CV 17-06042-VBF-AFM<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of defendant Single Room Occupancy Housing Corporation and against plaintiff Michael Edelstein.**

IT IS SO ADJUDGED.

Dated: July 17, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　Senior United States District Judge